## LARDER v. GRANGER et al.

(Supreme Court, General Term, Second Department.   February 13, 1893.)

REFERENCE—JURY TRIAL DEMANDED.
    Reference should not be ordered of an action where the issue formed by the pleadings is triable by jury, if either party so desires.

Appeal from special term.

Partition by William Larder against Elihu Granger and others.   From an order granting a reference, plaintiff appeals.   Reversed.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

William North, for appellant.
Elihu J. Granger, in pro. per.
Edward R. Vollmer, for respondent Sarah E. Granger.
Edward E. Sprague, for respondent Title Guaranty & Trust Co.

DYKMAN, J.   This is an appeal from an order of reference, and we think the order is erroneous.   The action is for the partition of real property, and the issue formed by the pleadings is triable by jury, if either party so desires.   The order should be reversed, with $10 costs and disbursements.   All concur.